288

**Mauricio E. WEBER, Plaintiff–Appellant,**

v.

**Sgt. Melissa AIKEN–PARTAIN; Detective Mike Aiken; Officer Michael Roberson; Sgt. Keith Bagwell; Officer Trevor Simmons; Retention Officer Joey Chapman; Lieutenant John Zamberlin; Investigator Mike Baskins; Solicitor Chrissy J. Adams; Assistant Solicitor Kristin Reeves; Public Defender Robert A. Gamble; Attorney Joy Chavis; Clerk of Court Richard A. Shirley; Clerk of Court Daniel E. Shearouse; Security Officer John Doe; Security Officer John Two Doe; Director Jeffery Musick, Forensic Evaluation Service; Doctor Richard L. Frierson; Social Worker Doris A. Taylor, Defendants–Appellees.**

No. 12–6468.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 21, 2012.

Decided: June 26, 2012.

Mauricio E. Weber, Appellant Pro Se.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mauricio E. Weber appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Weber v. Aiken–Partain*, No. 8:11–cv–02423–GRA, 2012 WL 489148 (D.S.C. Feb. 15, 2012). We deny Weber's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*